**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 11-1585**

ANNETTE SHARIF,

             Plaintiff - Appellant,

        v.

R. PETER MASTERTON, Department of the Army,

             Defendant - Appellee.

Appeal from the United States District Court for the Eastern
District of Virginia, at Richmond.   James R. Spencer, Chief
District Judge.  (3:11-cv-00160-JRS)

Submitted:  September 29, 2011      Decided:  October 4, 2011

Before KING, GREGORY, and DUNCAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Annette Sharif, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Annette Sharif appeals the district court's order dismissing her civil complaint without prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B)(i), (ii) (2006), and a subsequent order denying reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Sharif v. Masterton</u>, No. 3:11-cv-00160-JRS (E.D. Va. April 19, 2011; May 17, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

2